UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. McCARTNEY,

        Petitioner,

vs.

ORNOSKI, Warden,

        Respondents.

No. C 06-5198 PJH (PR)

**ORDER DENYING REQUEST TO CONSIDER SUBSEQUENT BOARD DECISIONS**

This is a habeas case filed pro se by a state prisoner. Petitioner has written a letter to the court asking that "two [subsequent parole board] decisions be made a part of my current case. . ." to avoid "burdening the lower courts," because "no new issues are being raised," and because they allegedly bolster his "some evidence" claim. Copies of the decisions are attached. The more recent will not even be final until May 22, 2008.

The clerk shall file the letter and attachments for purposes of making a record.

It is unclear what petitioner means by asking that the attachments be "made a part of my current case." It is clear from the timing and his comment about not burdening the "lower" courts that he has not exhausted any claims that might arise from these decisions, however, so treating the letter as a motion for leave to amend would be futile. And because the decisions were made after the one at issue in this case, they have no evidentiary value in this case. The attachments therefore will not be considered in this case. To the extent the letter might constitute a motion to do so, it is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 30 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.06\MCCARTNEY198.MISC