United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. McCARTNEY,

    Petitioner,

vs.

ROBERT AYERS, Warden,

    Respondent.
_____/

District Court No. C 06-5198 PJH
Court of Appeals No. 08-16915

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

    The United States Court of Appeals for the Ninth Circuit recently held that a certificate of appealability is necessary to appeal the denial of a habeas petition directed to denial of parole, reversing its previous position. *See Hayward v. Marshall*, No. 06-55392, 2010 WL 1664977, at *5 (9th Cir. Apr. 22, 2010) (en banc) (overruling in part *White v. Lambert*, 370 F.3d 1002, 1004 (9th Cir. 2004), and *Rosas v. Nielsen*, 428 F.3d 1229, 1231-32 (9th Cir. 2005) (per curiam)).  The circuit has remanded this case for the limited purpose of determining if a certificate of appealability should issue.

    A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal).  *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate must indicate which issues satisfy this standard.  *See id.* § 2253(c)(3).  "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The offense here was particularly brutal and callous, and there also was evidence that petitioner lacked remorse, had failed to take responsibility for the crime, and lacked insight into his part in the offense. For the reasons set out in the order denying the petition, jurists of reason would not find the result debatable or wrong. A certificate of appealability is **DENIED**.

The clerk shall promptly transmit a copy of this order to the court of appeals.

**IT IS SO ORDERED.**

Dated: June 9, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\HC.06\MCCARTNEY198.deny coa.wpd